| AO 10* Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gaughan, Patricia A. | 2. Court or Organization U.S. District Court, N.D. Ohio | 3. Date of Report 05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address United States Courthouse 801 West Superior Avenue Cleveland, Ohio 44113 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | St. John Medical Center Community Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1978 | PERS - mandatory public retirement plan covering state and local public employees (SEE Chap 145 of the Ohio Revised Code) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | St. Raphael Church (administration) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Keybank National Association Savings Account | A | Interest | J | T | | | | | |
| 2. Third Federal Savings Checking Account | A | Interest | J | T | | | | | |
| 3. Ohio PERS Retirement Fund | E | Distribution | L | T | | | | | |
| 4. IRA - Columbus Life Insurance Co. Deferred Annuity | A | Interest | J | T | | | | | |
| 5. IRA - Phoenix Home Life Flexible Annuity | A | Interest | J | T | | | | | |
| 6. IRA - UBS cash equivalent | B | Int./Div. | L | T | | | | | |
| 7. IRA - UBS cash equivalent | B | Int./Div. | K | T | | | | | |
| 8. UBS Resource Management Brokerage Account #4 | | | | | | | | | |
| 9. -UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 10. -Pace Money Market Investments Fund Class P | A | Interest | | | Sold | 03/21/14 | J | A | |
| 11. -American Funds Smallcap World F-1 | A | Dividend | | | Closed | 08/25/14 | J | | |
| 12. -American Funds Smallcap World Fund Class F2 (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 13. -Artisan International Value Inv | A | Dividend | K | T | | | | | |
| 14. -JP Morgan Large Cap Growth Fund Class A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 15. -JP Morgan Large Cap Growth Fund Select (X) | A | Dividend | K | T | Open | 08/25/14 | J | | |
| 16. -Oppenheimer Developing Markets Fund Cl A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 17. -Oppenheimer Developing Markets Fund Cl Y (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Prudential Jennison Equity Income Fund A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 19. -Prudential Jennison Equity Income Fund Class Z (X) | A | Dividend | K | T | Open | 08/25/14 | J | | |
| 20. -Third Ave Tr Real Estate Value FD | A | Dividend | J | T | | | | | |
| 21. -THORNBERG CORE GROWTH FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 22. -THORNBERG CORE GROWTH FUND I (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 23. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 24. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND I (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 25. -LOOMIS SAYLES INVESTMENT GRADE BOND FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 26. -LOOMIS SAYLES INVESTMENT GRADE BOND FUND CLASS Y (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 27. -PIMCO TOTAL RETURN FUND CLASS A | B | Dividend | | | Closed | 08/25/14 | J | | |
| 28. -PIMCO TOTAL RETURN FUND CLASS A | B | Dividend | | | Sold (part) | 04/23/14 | J | A | |
| 29. -PIMCO TOTAL RETURN FUND CLASS A | B | Dividend | | | Sold (part) | 07/24/14 | J | A | |
| 30. -PIMCO TOTAL RETURN FUND CLASS P (X) | B | Dividend | K | T | Open | 08/25/14 | J | | |
| 31. -PIMCO TOTAL RETURN FUND CLASS P (X) | B | Dividend | K | T | Sold (part) | 10/24/14 | J | A | |
| 32. -PIMCO TOTAL RETURN FUND CLASS P (X) | B | Dividend | K | T | Sold (part) | 11/08/14 | K | A | |
| 33. -PRUDENTIAL SHORT-TERM CORPORATE BOND FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -PRUDENTIAL SHORT-TERM CORPORATE BOND FUND CLASS INC Z (X) | A | Dividend | K | T | Open | 08/25/14 | J | | |
| 35. -FT-FRANKLIN INCOME A FBOID | B | Dividend | | | Closed | 08/25/14 | J | | |
| 36. FRANKLIN INC ADV (X) | B | Dividend | K | T | Open | 08/25/14 | J | | |
| 37. -IVY ASSET STRATEGY FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 38. -IVY ASSET STRATEGY FUND CLASS I (X) | A | Dividend | K | T | Open | 08/25/14 | J | | |
| 39. -PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 40. -PRINCIPAL FDS INC, GLOBAL DIVERSIFIED INCOME FUND CLASS P (X) | A | Dividend | K | T | Open | 08/25/14 | J | | |
| 41. -AQR MANAGED FUTURES STRATEGY FUND CLASS N | A | Dividend | | | Closed | 08/25/14 | J | | |
| 42. -AQR MANAGED FUTURES STRATEGY FUND CLASS I (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 43. -PACE MONEY MARKET INVESTMENTS FUND | A | Dividend | | | Sold | 03/21/14 | J | A | |
| 44. -THORNBERG CORE GROWTH FUND | A | Dividend | | | Closed | 08/25/14 | J | | |
| 45. -THORNBERG CORE GROWTH FUND I (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 46. -OPPENHEIMER SENIOR FLOATING RATE FUND CLASS A | A | Dividend | | | Closed | 08/25/14 | J | | |
| 47. -OPPENHEIMER SR FLOATING RATE FD CLASS Y (X) | A | Dividend | J | T | Open | 08/25/14 | J | | |
| 48. -AMG YACKTMAN FOCUSED FUND SERVICE CLASS | A | Dividend | | | Closed | 06/06/14 | J | | |
| 49. -AMG YACKTMAN FOCUSED FUND CLASS SVC (X) | A | Dividend | K | T | Open | 06/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gaughan, Patricia A. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

The following numbered assets are grouped in pairs with the first paired asset being designated as "exchange from" and the second paired assset being designated as "exchange to". There were no acquisitions nor dispositions involved.

-FROM 11 TO 12
-FROM 14 TO 15
-FROM 16 TO 17
-FROM 18 TO 19
-FROM21 TO 22
-FROM 23 TO 24
-FROM 25 TO 26
-FROM 27 TO 30
-FROM 33 TO 34
-FROM 35 TO 36
-FROM 37 TO 38
-FROM 39 TO 40
-FROM 41 TO 42
-FROM 44 TO 45
-FROM 46 TO 47

The following pair of assets was designated as a "name change". There was no acquisition nor disposition involved.
-FROM 48 TO 49.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Patricia A. Gaughan

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544